## RECONSIDERATION DOCKET

**94–827.** Kruse v. Voyager Ins. Cos. *Lucas County,* No. L–93–169. Reported at 72 Ohio St.3d 192, 648 N.E.2d 814. On motion for reconsideration. Motion denied.

**94–1528.** Colaluca v. Climaco, Climaco, Seminatore, Lefkowitz & Garafoli Co., L.P.A. Certified State Law Question, No. 191CV2506. Reported at 72 Ohio St.3d 229, 648 N.E.2d 1341. On motion for reconsideration. Motion denied.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–2477.** State v. Penix. *Jackson County,* No. 461. Reported at 72 Ohio St.3d 246, 648 N.E.2d 1353. On motion for reconsideration. Motion denied.

**94–2508.** State ex rel. Cuyahoga Cty. Dept. of Children & Family Serv. v. Ferreri. *Cuyahoga County,* No. 68023. Reported at 72 Ohio St.3d 1517, 649 N.E.2d 277. On motion for reconsideration. Motion denied.

**95–224.** State v. James. *Hamilton County,* No. C–930618. Reported at 72 Ohio St.3d 1518, 649 N.E.2d 278. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**95–279.** State v. Gabriel. *Mahoning County,* No. 92 C.A. 114. Reported at 72 Ohio St.3d 1518, 649 N.E.2d 278. On motion for reconsideration. Motion denied.

**95–281.** State v. Gabriel. *Mahoning County,* No. 93 C.A. 5. Reported at 72 Ohio St.3d 1518, 649 N.E.2d 278. On motion for reconsideration. Motion denied.

**95–334.** State v. Esposito. *Medina County,* No. 2337–M. Reported at 72 Ohio St.3d 1518, 649 N.E.2d 278. On motion for reconsideration. Motion denied.

COOK, J., not participating.